```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0189--CV (RRB)
                 "LAKESHA PERKINS V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 08/09/05
           Closed: 11/04/05

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (350) Motor vehicle

           Origin: (2) Removed from State Court
           Demand: 50
       Filing fee: Waived
         Trial by:
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1        PERKINS, LAKESHA | Robert D. Stone<br>Law Office of Robert Stone<br>500 L Street, Suite 303<br>Anchorage, AK 99501<br>907-276-4190<br>FAX 907-276-4140 |
| DEF 1.1    [T] ANINBA, UZOMA | No counsel found for this party! |
| DEF 1.2        UNITED STATES OF AMERICA | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A05-0189--CV (RRB)
              "LAKESHA PERKINS V USA ET AL"

                     For all filing dates


Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 08/09/05
          Closed: 11/04/05

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (350) Motor vehicle

          Origin: (2) Removed from State Court
          Demand: 50
      Filing fee: Waived
        Trial by:


Document #   Filed     Docket text

    1 -  1  08/09/05   DEF 1 Notice of Removal from District Court State of Alaska case no.
                       3AN-05-4544CI w/att exhs.

    2 -  1  08/09/05   DEF 1 Certification by US Attorney that def was acting w/i the scope of
                       his employment w/US Army, Dept of Defense.

    3 -  1  08/11/05   DEF 1 Notice of substitution of US for Uzoma Aninba as to Cts I & II.

    3 -  2  08/11/05   DEF 1 motion to amend caption.

    4 -  1  08/11/05   RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                       file w/crt w/i 10 days cy of state court docs and svc list. cc: cnsl

    5 -  1  08/17/05   DEF 1 Notice of compliance.

    6 -  1  08/17/05   DEF 1 Service List.

    7 -  1  09/14/05   RRB Minute Order granting motion to amend caption (3-2).  The USA hsall
                       be substituted for Uzoma Aninba as defendant in this matter. cc: cnsl

    8 -  1  09/15/05   DEF 1 motion to dismiss w/att exhs.

    9 -  1  11/02/05   RRB Order granting motion to dismiss (8-1).  cc: cnsl

   10 -  1  11/04/05   RRB Judgment that this action is dismissed for lack of jurisdiction.
                       cc: cnsl, O&J 11899
```